IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Richard G. Vento, et al., | NO. C 05-04449 JW   JW |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE: DISMISSAL** |
| v. | |
| United States of America, | |
| Defendant. | |

On May 22, 2006, the Court conducted a case management conference in the above case. There was no appearance by either party.

The Court hereby orders the parties to appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on June 12, 2006 at 9:00 a.m. to show cause, if any, by actual appearance in Court, and by certification filed with the Court at least ten (10) days prior to appearance date, why said cause should not be dismissed for failure to attend the May 22, 2006 case management conference. The certificate shall set forth in factual summary the reason no appearance was made and what steps the parties are taking to pursue or defend the action, its present status and the expected future course of the cause.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: May 23, 2006         /s/ James Ware
05-4449oscdism                     JAMES WARE
                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David L. Denier david.denier@usdoj.gov
John Brian Mulligan jmulliga2@aol.com

Joseph M. Erwin
100 Crescent Court, Suite 700
Dallas, TX 75201

Marjorie Rawls Roberts
Marjorie Rawls Roberts, P.C.
P. O. Box 6347
St. Thomas, U.S., VI 00804-6347

**Dated: May 23, 2006**                                             **Richard W. Wieking, Clerk**

                                                                    **By:_/s/ JW Chambers_____**
                                                                        **Melissa Peralta**
                                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California