IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Richard Vento, et al., | NO. C 05-04449 JW |
|     Petitioners, | |
|     v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE; VACATING HEARING ON ORDER TO SHOW CAUSE** |
| United States of America, | |
|     Respondent. | |

Based on the parties' Responses (Docket Item Nos. 6, 7) to the Court's May 23, 2006 Order to Show Cause, the hearing currently scheduled for June 12, 2006 is vacated. The parties are ordered to appear for a case management conference on July 17, 2006 at 10:00 a.m. A joint case management statement shall be filed in accordance with the Local Rules.

Dated: June 8, 2006

05eciv4449vac_osc

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David L. Denier david.denier@usdoj.gov
John Brian Mulligan jmulliga2@aol.com

Joseph M. Erwin
100 Crescent Court, Suite 700
Dallas, TX 75201

Marjorie Rawls Roberts
Marjorie Rawls Roberts, P.C.
P. O. Box 6347
St. Thomas, U.S., VI 00804-6347

**Dated: June 8, 2006**                                  **Richard W. Wieking, Clerk**

                                                              **By:\_\_/s/ JW Chambers_____**
                                                                     **Melissa Peralta**
                                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California