```
KEVIN V. RYAN (California State Bar No. 118321)
United States Attorney
JAY R. WEILL  (California State Bar No. 75434)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER  (California State Bar No. 95024)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:   (415) 436-6888
  Fax:              (415) 436-6748
```

*IT IS SO ORDERED*
*Judge James Ware*

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RICHARD G. VENTO and LANA J. VENTO,      Petitioners,   v.  UNITED STATES OF AMERICA,      Respondent. | No. C-05-04449-JW  **STIPULATION AND ORDER DISMISSING PETITION TO QUASH IRS THIRD-PARTY SUMMONS** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby agreed and stipulated by the parties, through their respective counsel of record, that this action to quash the IRS administrative summons issued to Agilent Technoligies, Inc. for records relating to certain securities transactions relevant to petitioners' income tax liability for 2001 be dismissed with prejudice, each party to bear its own costs.

Dated:   July 10, 2006          /s/ Joseph M. Erwin
                                JOSEPH M. ERWIN
                                Attorney for Petitioners

                                KEVIN V. RYAN
                                United States Attorney

Dated:   July 10, 2006          /s/ David L. Denier
                                DAVID L. DENIER
                                Assistant United States Attorney
                                Attorneys for the United States of America

1
2
3
4
5
6
7
8
...
28

ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties and Rule 41(a) of the Federal Rules of Civil Procedure, the Court hereby orders that this action be and hereby is dismissed with prejudice.

ORDERED this __11th_____ day of July, 2006, at San Jose, California.

_____
UNITED STATES DISTRICT JUDGE

Stip & Order Dism. Pet. To Quash
(No. C-05-04449-JW)                                    2

# CERTIFICATE OF SERVICE

I, **KATHY P. TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers.  The undersigned further certifies that I caused a copy of the following:

STIPULATION AND ORDER DISMISSING PETITION TO QUASH IRS THIRD-PARTY SUMMONS

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **PERSONAL SERVICE (BY MESSENGER)**

____  **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

SEE ATTACHED LIST

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **July 10, 2006** at San Francisco, California.

                                          **/s/ Kathy Tat**
                                          **KATHY P. TAT**
                                          **Legal Assistant**

| | |
|---|---|
| 1 | SERVICE LIST |

JOHN B. MULLIGAN
AVANSINO, MELARKEY, KNOBEL & MULLIGAN
165 WEST LIBERTY ST., STE. 210
RENO, NEVADA 89501

JOSEPH M. ERWIN
ATTORNEY AT LAW
100 CRESCENT COURT, STE. 700
DALLAS, TEXAS 75201

MARJORIE RAWLS ROBERTS
MARJORIE RAWLS ROBERTS, P.C.
P.O. BOX 6347
ST. THOMAS, U.S. VIERGIN ISLANDS 00804-6347